UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ROY ATHERTON; DIANNA LYNN ATHERTON; STEPHEN ROY ATHERTON, as the Trustee of the STEPHEN ROY ATHERTON TRUST; STEPHEN R. ATHERTON and DIANNA L. ATHERTON, as Trustees of the STEPHEN ROY and DIANNA LYNN ATHERTON TRUST; BANK OF AMERICA, N.A.; RETAILERS CREDIT ASSOCIATION OF GRASS VALLEY; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; U.S. BANK, N.A.; and NATIONSTAR MORTGAGE LLC;<br><br>Defendants. | Case No.  2:15-cv-00469-JAM-KJN<br><br>**ORDER APPROVING STIPULATED MOTION TO CONTINUE DEADLINES FOR RULE 26(f) CONFERENCE AND FILING JOINT STATUS REPORT, AND TO EXTEND DEADLINES FOR U.S. BANK N.A., NATIONSTAR MORTGAGE LLC, STEPHEN ROY ATHERTON AND DIANNA LYNN ATHERTON TO RESPOND TO THE COMPLAINT** |

Plaintiff, the United States of America, along with defendants Stephen Roy Atherton and Dianna Lynn Atherton, both individually and as the Trustees of the Stephen Roy and Dianna Lynn Atherton Trust, Stephen Roy Atherton as Trustee of the Stephen Roy Atherton Trust (collectively "the Athertons") and Defendants Nationstar Mortgage LLC ("Nationstar") and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass Through

1

Certificates, Series 2006-14n W/A/T/A U.S. Bank, National Association, as Trustee for the Holders of the LXS 2006-14n Trust Fund ("U.S. Bank")(collectively "Defendants"), have jointly filed a Stipulation and Joint Motion to Continue the deadlines for the parties' Rule 26(f) conference and for filing a joint status report to September 30, 2015 and to extend the deadlines for the Athertons, U.S. Bank and Nationstar to respond to the Complaint to August 31, 2015. The Stipulation and Joint Motion provides that the Athertons have entered into a listing agreement to privately sell the Subject Property at issue in this action in order to fully satisfy the outstanding federal tax liabilities asserted by the United States, and to fully satisfy any outstanding balances or obligations owed to U.S. Bank as the beneficiary of the Deed of Trust secured by the Subject Property.

Pursuant to the stipulation between the parties, IT IS HEREBY ORDERED:

(1)   The stipulation between the United States, the Athertons, Nationstar, and U.S. Bank is hereby approved and the Joint Motion is hereby GRANTED;

(2)   The deadline for the parties to conduct a Rule 26(f) conference and file a joint status report is continued to September 30, 2015; AND

(3)   The Athertons, U.S. Bank and Nationstar shall have until August 31, 2015 to respond to the Complaint in this action

**IT IS SO ORDERED.**

DATED this 23rd day of April, 2015.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

2